**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RAMON HOSEA MCGRAW**                                                **PLAINTIFF**
**ADC #142102**
v.                    Case No. 5:14-cv-00107-KGB-HDY

**RAY HOBBS,** *et al.*                                                    **DEFENDANTS**

## ORDER

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.  The relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 10th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE